No. 131, October Term, 1954. WHITEHOUSE ET AL. *v.* ILLINOIS CENTRAL RAILROAD CO. ET AL., 349 U. S. 366. The petition for modification of the opinion is denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition. *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* were on the petition for the Carrier Members, National Railroad Adjustment Board, Third Division, respondents. *Milton Kramer* in opposition.

No. 406, October Term, 1954. BOUDOIN *v.* LYKES BROTHERS STEAMSHIP Co., INC., 348 U. S. 336. The motion of petitioner to amend the judgment is granted. It is ordered that the certified copy of the judgment sent to the District Court be recalled and that the judgment be amended so as to provide for a remand of the cause to the United States Court of Appeals for the Fifth Circuit for further proceedings in conformity with the opinion of this Court. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Raymond H. Kierr* was on the motion. *William E. Wright* was on a memorandum in opposition.

No. 3. UNITED STATES EX REL. TOTH *v.* TALBOTT, SECRETARY OF THE AIR FORCE, 349 U. S. 949. Quarles, present Secretary of the Air Force, substituted in place of Talbott, resigned.

No. 4. RYAN STEVEDORING Co., INC. *v.* PAN-ATLANTIC STEAMSHIP CORP., 349 U. S. 926. The motions for leave to file briefs of American Merchant Marine Institute, Inc., and Association of American Ship Owners, as *amici curiae,* are denied.